Ella M. BARRY et al.

v.

WARREN SCHOOL COMMITTEE.

No. 82–303–M.P.

Supreme Court of Rhode Island.

Oct. 15, 1982.

Urso, Liguori & Urso, Natale Urso, Thomas J. Liguori, Jr., Westerly, for plaintiffs-respondents.

Vincent J. Piccirilli, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.

Glenn D. ALLEN

v.

Rodger C. GRANT et al.

No. 82–409–M.P.

Supreme Court of Rhode Island.

Oct. 28, 1982.

Moore, Virgadamo & Lynch, Ltd., Laurent L. Rousseau, Newport, for petitioner.

Stephen P. Erickson, Newport, for respondents.

ORDER

The petition for writ of mandamus is denied.

ALLSTATE INSURANCE COMPANY

v.

Henry H. OWENS, Jr. et al.

No. 82–420–M.P.

Supreme Court of Rhode Island.

Oct. 28, 1982.

Edwards & Angell, John H. Blish, Providence, for petitioner.

Wistow, Barylick & Bruzzi, Max Wistow, Robert S. Bruzzi, Providence, for respondents.

ORDER

The petition for writ of certiorari is granted.

CITY OF PAWTUCKET

v.

LOCAL 1261, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS AFL–CIO.

No. 82–356–M.P.

Supreme Court of Rhode Island.

Oct. 28, 1982.

Spencer W. Viner, City Sol., Pawtucket, for petitioner.

Hogan & Hogan, Thomas S. Hogan, Donald J. Packer, East Providence, for respondent.

ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.